NEWMAN (TURNER v.). See Case No. 14,-262.

NEWMARK (UNITED STATES v.). See Case No. 15,870.

———

## Case No. 10,178.

### The NEW ORLEANS.

District Court, S. D. New York.  May 25, 1877.

#### DEMURRAGE—INTEREST.

[Cited in Johanssen v. The Eloina, 4 Fed. 575, to the point that interest will not be allowed on demurrage. Nowhere reported. Decision on the merits reported sub nom. The New Orleans, Case No. 10,179. The decree filed May 25, 1877, merely disposed of certain of complainant's exceptions. The court records contain no opinion other than that reported in The New Orleans, supra. See Case No. 17,-354.]